214 F.2d 350
 UNITED STATES of America, Appellant,
v.
FARMERS GRAIN DEALERS ASSOCIATION OF IOWA (Cooperative).
 No. 15037.
 United States Court of Appeals Eighth Circuit.
 June 15, 1954.
 
 1
 Appeal from the United States District Court for the Southern District of Iowa.
 
 
 2
 H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., and Roy L. Stephenson, U. S. Atty., Des Moines, Iowa, for appellant.
 
 
 3
 Alan Loth, Fort Dodge, Iowa, for appellee.
 
 
 4
 Appeal from District Court dismissed, without costs to either party, on stipulation of parties. 116 F.Supp. 685.